# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTIAN BRETT MARTINEZ, | ) |
| Plaintiff, | ) |
| -vs- | ) Case No. CIV-21-344-F |
| BOARD OF COMMISSION, et al., | ) |
| Defendants. | ) |

## ORDER

This action was dismissed without prejudice, pursuant to Rule 41(b), Fed. R. Civ. P., for failure to comply with an order of the court. Judgment was entered on June 24, 2021. With that judgment, this 42 U.S.C. § 1983 action is closed.

The court clerk has received an unsigned three-page document purportedly from Christian Brett Martinez and has docketed it as a letter. Doc. no. 14. It is unclear whether the three-page document is intended by Mr. Martinez to commence a new 42 U.S.C. § 1983 action. The court declines to treat it as such an action.

The court clerk is **DIRECTED** to send to Mr. Martinez, at the address he listed on the envelope, all necessary forms to commence a 42 U.S.C. § 1983 action. If Mr. Martinez wishes to commence a 42 U.S.C. § 1983 action, he may complete those forms and send them to the court clerk for filing.

The court advises Mr. Martinez that because he is not a licensed attorney, he may not bring any 42 U.S.C. § 1983 action on behalf of Jacklyn Elizabeth Sears Martinez. *See*, Perry v. Stout, 20 Fed. Appx. 780, 782 (10th Cir. 2001) ("Non-attorney pro se litigants cannot represent other pro se parties.") (unpublished

decision cited as persuasive pursuant to 10th Cir. R. 32.1(A)); *see also*, 28 U.S.C. § 1654 ("parties may plead and conduct their own cases personally or by counsel.").

IT IS SO ORDERED this 22nd day of March, 2022.

/s/ Stephen P. Friot
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

21-0344p004.docx