# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTIAN BRETT MARTINEZ, | ) |
| Plaintiff, | ) |
| -vs- | ) Case No. CIV-21-344-F |
| BOARD OF COMMISSION, et al., | ) |
| Defendants. | ) |

## ORDER

      This action was dismissed without prejudice, pursuant to Rule 41(b), Fed. R. Civ. P., for failure to comply with an order of the court. Judgment was entered on June 24, 2021. With that judgment, this 42 U.S.C. § 1983 action is closed.

      The court clerk has received an unsigned three-page document purportedly from Christian Brett Martinez and has docketed it as a notice. Doc. no. 16. It appears that Mr. Martinez desires to continue his lawsuit. *See*, ECF pp. 3-4. However, as judgment has been entered in this case, and this 42 U.S.C. § 1983 action has been closed for over a year and a half, there is no lawsuit for Mr. Martinez to continue.

      If Mr. Martinez desires to commence a new 42 U.S.C. § 1983 action and to proceed in forma pauperis, he must file appropriate papers. The court clerk is **DIRECTED** to send to Mr. Martinez, at the address he listed on the envelope, all necessary forms to commence a new 42 U.S.C. § 1983 action and to proceed in forma pauperis. Mr. Martinez may complete those forms and send them to the court clerk for filing.

The court advises Mr. Martinez that because he is not a licensed attorney, he may not bring any 42 U.S.C. § 1983 action on behalf of any other party.  *See*, <u>Perry v. Stout</u>, 20 Fed. Appx. 780, 782 (10th Cir. 2001) ("Non-attorney pro se litigants cannot represent other pro se parties.") (unpublished decision cited as persuasive pursuant to 10th Cir. R. 32.1(A)); *see also*, 28 U.S.C. § 1654 ("parties may plead and conduct their own cases personally or by counsel.").

IT IS SO ORDERED this 9th day of January, 2023.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

21-0344p005.docx